UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KENNETH WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:06-cv-1136- SEB-TAB |
| vs. ) | |
| ) | |
| RELIASTAR LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation, and the parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, now approves and adopts the Magistrate Judge's Report and Recommendation.

Accordingly, the Court grants Defendant's motion for summary judgment [Docket No. 26], and to the extent Plaintiff requested relief in his response [Docket No. 34], such relief is denied.

IT IS SO ORDERED.

Date: 01/17/2008

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Sarah Jane Graziano
HENSLEY LEGAL GROUP
sgraziano@hensleylegal.com

William D. Hittler
HALLELAND LEWIS NILAN & JOHNSON
whittler@halleland.com

William Edwin Wendling Jr.
CAMPBELL KYLE PROFFITT LLP
wwendling@ckplaw.com